THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JOSEPH McADRIAN (Impleaded), Defendant-Appellee.

(No. 54468; )

First District—June 10, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE McGLOON.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel,) for the People.

Gerald W. Getty, Public Defender, of Chicago, (Shelvin Singer and James J. Doherty, Assistant Public Defenders, and Dennis R. Torii, of counsel,) for appellee.